IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 20-0024JTM |
| v. | ) |
| | ) |
| MALACHI ROBINSON, | ) |
| | ) |
| Defendant. | ) |

ORDER APPOINTING COUNSEL

The above-named defendant, who faces imminent loss of liberty as a result of the proposed filing of felony charges, the defendant, having advised the Court they are financially unable to obtain counsel, and not having waived counsel, it is

ORDERED that Jeffrey Gedbaw, 618 S.E. 4th Street, Suite 204, Lee's Summit, Missouri, 64063, telephone number 816-379-5329, is hereby, appointed to represent the defendant before the United States Magistrate Judge and in all proceedings thereafter unless and until relieved by order of the United States District Court for the Western District of Missouri.

                                                                  /s/ John T. Maughmer
                                                                  JOHN T. MAUGHMER
                                                                  U.S. Magistrate Judge

Kansas City, Missouri
February 20, 2020